Order entered November 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00765-CV

KINGVISION PAY-PER-VIEW, LTD, ET AL., Appellants

V.

DALLAS COUNTY, TEXAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-11471-F**

## ORDER

The Court has before it appellants' November 27, 2012 unopposed motion for extension of time to file appellants' opening brief on the merits. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by December 28, 2012.



MOLLY FRANCIS
JUSTICE